Newport Aug<sup>t</sup> 13th 1744                                    Leonard Lockman

*Prince Frederick* vs. *St. Fermin*, 1744.

At A Court of Vice Adm<sup>y</sup> held at Newport on Wednesday the 12th day of Septem<sup>r</sup> 1744 in order to take the Preparatory Examinations

Before the Hon<sup>ble</sup> Leonard Lockman Esq<sup>r</sup> Judge

John Dennis Com<sup>r</sup> of the Sloop Prince Frederick a Private man of war on oath in Court gave Answers to these Questions

*Quest<sup>n</sup>* 1st  When and where did you take the Snow brought in here by you as Prize

*Ans<sup>r</sup>*  at an Anchor near the florida Keys on the twenty fifth of August last or thereabouts

*Quest<sup>n</sup>*  How many hands were there on board at the time of Capture and of what Nation were they

*Ans<sup>r</sup>*  Two One Spaniard and A negro the Others made their escape on Shore in their Boats

*Ques<sup>t</sup>*  What papers did you find on board her at the time of Capture

*Ans<sup>r</sup>*  I found none of any kind

*Quest<sup>n</sup>*  What Burthen and how many Guns had she

*Ans<sup>r</sup>*  About 140 Tons. no Guns

*Quest<sup>n</sup>*  What did her Cargo Consist of

*Ans<sup>r</sup>*  Chiefly flower, some Copper some Soap and two chests of Mettle the Quality I know not                                    John Dennis

To the truth of the within Evidence M<sup>r</sup> John Calder Cap<sup>ts</sup> Qua<sup>r</sup> Master on board the Sloop Prince Frederick was sworn            John Calder

To the truth of which M<sup>r</sup> Philemon Saunders Companys Qua<sup>r</sup> Master was likewise sworn                                    Philemon Sanders

M<sup>r</sup> Dan<sup>ll</sup> Morehead was Sworn Spanish Interpreter Francisco Antonio Santia Del Gauda Captain of the Snow S<sup>t</sup> Fermin alias Bretania, A spanish Snow brought into this Port by Cap<sup>t</sup> John Dennis as Prize on Oath in Court gave Answers to the following Questions

*Ques<sup>t</sup>* 1st  When where and by whom was this snow taken which is brought in here as Prize

*Ans<sup>r</sup>*  the 5th day of Sep<sup>r</sup> N. S. near the florida Keys by Cap<sup>t</sup> John Dennis,

*Quest^n*  How long have you known her

*Ans^r*  About Eight months and a half

*Ques^t*  Who did she then belong to

*Ans^r*  To the King of Spain

*Ques^t*  Who Commanded her then

*Ans^r*  Myself

*Ques^t*  Who did she belong to at the time of Capture

*Ans^r*  To Don Bernardo Olavares on Inhabitant of Lavera Cruz formerly but now gone as an Officer in the King of Spains Service to Cartagena

*Quest^n*  What Papers had you on board at the time of Capture and what became of them.

*Ans^r*  In the Hurry of My Peoples escaping and endeavouring to save what they could, they carried all my Papers away among the Rest my Pasport

*Quest.*  Of what Burthen is this Snow how many men and Guns had she when taken

*Ans^r*  About 148 Tons myself and A negro and no Guns Twenty Sailors and Passengers made their Escape all subjects of the king of Spain

*Quest.*  What does your Cargo Consist

*Ans^r*  Flower Soap Shoes Copper Sweat meats Mettles and other trifles

*Quest.*  Who did y^r Cargo belong to

*Ans^r*  It belongs to Don Bernardo Olavares and myself both Subjects of the King of spain

*Quest^n*  Is the Negroe brought in with you A Slave

*Ans^r*  No he is A freeman but comitted some heinous crime for which he was sent away                    Fran^co Ana^o Sanchez Dilgas^ds


At a Court of Vice Adm^y held at Newport in the Colony of Rhode Island on Saturday the 22^d day of Sept^r A D: 1743[4] at 3 Ô Clock P: M. Before the Hon^ble Leon^d Lockman Esq^r Judge

The Court being Open'd the Libel Monition and Preparatory Exam^n being read

The Cap^t Fran^s Antonio Santiaz Delgad Presented A Petition to the Judge Requesting a Speedy determination

The Court was Adjourned without time


Newport Sep^r 24th 1744

Colony of Rhode Island etc.  It is very plain by the Evidence of Francis Antonio Santia Delgad late Commander of the Snow St. Fermin alias Britania, that the s^d Snow Cargo and Negro were the Property of the King of Spain his Vassals and Subjects and therefore I condemn the same as lawfull Prize to the Captors and Owners to be divided as they amongst themselves have agreed and such goods as cannot be divided to be sold by William King

Marshall for this Present Court Only The Captors Paying Cost as in that Case the Law Directs

Leonard Lockman